Joseph Agate, *Respondent*, v. Walter K. Marvin, *Appellant*.— Judgment reversed, new trial ordered, with costs to abide the event. Opinion by Daniels, J.

Horace Andrews and Howard Ellis, *Respondents*, v. Thomas M. Tyng, *Appellant*. — Judgment reversed and new trial ordered, unless plaintiff, within twenty days after notice of decision, make the stipulation suggested by the opinion, in which case judgment, as reduced by such stipulation, affirmed without costs. Opinion by Daniels, J.

Isabella Wallace, *Respondent*, v. Frank R. Marks and others, *Appellants*. — Judgment and order affirmed. Opinion by Daniels, J.

Cyrus H. McCormick, *Appellant*, v. Pennsylvania Railroad Company, *Respondent*.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

George Winter, *individually and as Executor, etc., Respondent*, v. Margaret Eckert and another, *Appellants*.

Nicholas Stinger, *as Executor, etc., Appellant*, v. George Winter, *individually and as Executor, etc., Respondent*.—Orders affirmed, with ten dollars costs and disbursements, to be paid by the appellant personally. Opinion by Davis, P. J.

Thomas Boland v. The People of the State of New York.— Judgment affirmed. Opinions by Daniels and Lawrence, JJ.

Washington E. Hall v. The People of the State of New York.— Judgment affirmed. Opinion by Lawrence, J.

George H. Burnett, *Respondent*, v. Sarah J. Burnett and others, *Appellants*. — Order affirmed, without costs. Opinion *Per Curiam*.

Cornelius Brinckerhoff, *Appellant*, v. Sarah S. Perry, *Respondent*.— Order affirmed, with ten dollars costs and disbursements.

Thomas J. Pope, *Appellant*, v. The Copley Iron Company (Limited), *Respondent*. — Order affirmed, with ten dollars costs and disbursements.

Joseph M. English, *Respondent*, v. Morton C. Fisher, *Appellant*. — Order affirmed, without costs. Opinion *Per Curiam*.

Ferdinand Blancke, *Administrator, etc., Appellant*, v. Otto Zenke and Henry Zenke, *Respondents*. — Decree affirmed, with costs.

Arthur I. Griggs, *Respondent*, v. John S. Brooks and others, *Appellants*.

Same v. Same. — Order reversed and motions granted, costs to abide event. Opinion *Per Curiam*.

Charles H. Katt and another, *Appellants*, v. The Germania Fire Insurance Company, *Respondent*. — Order of reference reversed, without costs, and appeal from order denying the motion to vacate stay dismissed, without costs. Opinion by Davis, P. J.